UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,  :
                                                                 :
                                                                 :        **ORDER**
          v.                                             :        18-CR-337-3 (WFK)

SALVATORE DISANO,  :

             Defendant.  :
-------------------------------------------------------------X

In light of Defendant's letter motion requesting modification of the Court's Sentencing Judgment, ECF No. 243, the Court directs the parties to review the attached proposed stipulation. If all parties consent, the attached stipulation is to be electronically filed by Friday, June 26, 2020 at 5:00 P.M.

                                                                  **SO ORDERED.**

                                                                  s/ WFK
                                                     _____
                                                     HON. WILLIAM F. KUNTZ, II
                                                   UNITED STATES DISTRICT JUDGE

Dated: June 24, 2020
       Brooklyn, New York

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA, :
:
: **STIPULATION & ORDER**
v. : 18-CR-337-3 (WFK)
:
SALVATORE DISANO, :
:
Defendant. :
-----------------------------------------------------------X

IT IS HEREBY STIPULATED AND ORDERED, by and between the parties in the above-captioned action that the parties jointly request the Court modify the sentencing judgment to reflect the last six months of Defendant's term of incarceration be served at home in home confinement.

Dated: _____                           _____
                                                 Royce Russell, Esq.
                                                 *Attorney for Defendant Disano*
                                                 Emdin & Russell
                                                 499 Seventh Avenue, Floor 12N
                                                 New York, NY 10018

Dated: _____                           _____
                                                 Matthew Scott Miller, Esq.
                                                 U.S. Attorney's Office
                                                 Eastern District of New York
                                                 271 Cadman Plaza East
                                                 Brooklyn, NY 11201


                                                 **SO ORDERED.**


                                                 _____
                                                 HON. WILLIAM F. KUNTZ, II
                                                 UNITED STATES DISTRICT JUDGE