```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                :
                                         :
                                         :            **STIPULATION & ORDER**
         v.                              :            18-CR-337-3 (WFK)
                                         :
SALVATORE DISANO,                        :
                                         :
                    Defendant.           :
------------------------------------------------------------X
```

IT IS HEREBY STIPULATED AND ORDERED, by and between the parties in the above-captioned action that the parties jointly request the Court modify the sentencing judgment to reflect the last six months of Defendant's term of incarceration be served at home in home confinement.

Dated: _____                          _____
                                                Royce Russell, Esq.
                                                *Attorney for Defendant Disano*
                                                Emdin & Russell
                                                499 Seventh Avenue, Floor 12N
                                                New York, NY 10018

Dated: _____                          _____
                                                Matthew Scott Miller, Esq.
                                                U.S. Attorney's Office
                                                Eastern District of New York
                                                271 Cadman Plaza East
                                                Brooklyn, NY 11201

                                                **SO ORDERED.**

                                                _____
                                                HON. WILLIAM F. KUNTZ, II
                                                UNITED STATES DISTRICT JUDGE